IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK BIGGS,** : |  |
|     Petitioner, : |  |
| : |  |
|     v. : | **CIVIL ACTION NO. 22-CV-2663** |
| : |  |
| **ERIC ARMEL,** *et al.*, : |  |
|     Respondents. : |  |

**ORDER**

**AND NOW**, this 19th day of January 2024, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Respondent's Response in Opposition (ECF No. 15), and the Report and Recommendation from the Honorable United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 22), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (ECF No. 22) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** and **DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurist would disagree with this Court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Courts is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge